UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No. 20-cv-01486-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

On March 4, 2020, the Court issued an Order setting an initial case management conference and ordering the parties to file a joint case management conference statement by May 22, 2020. The parties did not file a joint case management conference statement. The Court HEREBY VACATES the case management conference set for May 29, 2020 at 11:00 a.m. The Court will set the initial case management conference in its order resolving Defendants' motion to dismiss.

The parties are further ORDERED TO SHOW CAUSE why they failed to comply with the Court's Order requiring the submission of a joint case management conference statement. The parties shall file a response to this Order to Show Cause by June 9, 2020.

**IT IS SO ORDERED.**

Dated: May 26, 2020

_____
JEFFREY S. WHITE
United States District Judge